AO 91 (Rev. 08/09)  Criminal Complaint

United States District Court
Southern District of Texas
FILED

MAY 02 2015

Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.
Humberto Cepeda Alcocer
YOB: 1966
Citizenship: Mexico

*Defendant(s)*

Case No. M-15-0715-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 1, 2015__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21USC841 & 21USC952 | defendant did knowingly and intentionally possess with the intent to distribute approximately 27.68 kilograms of cocaine, a Schedule II controlled substance and did knowingly and intentionally import into the United States from the United Mexican States approximately 27.68 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
On May 1, 2015, a gold 2010 Dodge Journey, displaying Coahuila Mexican license plate; FHV-91-95, entered the United States from the United Mexican States at the Hidalgo, Texas Port of Entry.  The vehicle was driven by Humberto CEPEDA Alcocer, herein referred to as CEPEDA.  CEPEDA was accompanied by his wife, Maria Hernandez Mauricio, and their minor child.

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

_____
Complainant's signature

Andrew Bowman, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/2/2015

_____
Judge's signature

City and state:  McAllen, Texas

U.S. Magistrate Judge  Dorina Ramos
*Printed name and title*

## Attachment "A"

At primary inspection, Customs and Border Protection Officer (CBPO) Mark Quintanilla received a negative declaration from all passengers. CBPO Quintanilla also noticed that the driver, CEPEDA, had a positive TECS alert for possible narcotics smuggling. All passengers stated they were going to shop locally in the McAllen, Texas area. CBPO Quintanilla referred the vehicle and passengers to secondary inspection.

At secondary, CBPO Aldo Vara received another negative declaration from all the passengers. The vehicle was scanned through the Vehicle and Cargo Inspection System (VACIS) and CBPO David Martinez noticed anomalies in the firewall area of the vehicle. CBPO Pedro Del Bosque and his narcotics detection dog, "Nouska" conducted a search of the vehicle. The narcotics detection dog provided a positive alert for the odor of narcotics in dash and firewall areas. CBPOs noticed the firewall had been tampered with. A portion of the firewall was removed, which revealed packages. A probe of a package revealed a white powdery substance that field tested positive for cocaine. A total of twenty-five (25) packages were removed from the firewall area with a total weight of 27.68 kilograms.

A short time later, Homeland Security Investigations (HSI) Special Agent (SA) Andrew Bowman arrived at the port of entry. SA Bowman noticed the vehicle to be very clean and free of personal belongings except for one (1) suitcase. SA Bowman was assisted by Task Force Officers (TFO) R. Quintanilla and E. Austin. CEPEDA was interviewed first. CEPEDA was read his Miranda rights from a pre-printed form in Spanish by TFO Quintanilla. CEPEDA stated that he understood his rights and wanted to answer questions. TFO Quintanilla and TFO Austin translated the interview into English, since CEPEDA only understood Spanish. After CEPEDA was told there was a large amount of cocaine

found in the vehicle, he stated he was being paid money to register different vehicles in his name. CEPEDA also said he was being paid $4,000 USD to transport this vehicle to a hotel in McAllen. CEPEDA stated that he had been paid to transport other vehicles from Mexico to Houston, Texas. Once at their destination, unknown individuals would retrieve the vehicle(s) from the hotel parking lot and hours later would return them. CEPEDA had forty-five (45) $20.00 bills in his possession, which he stated was paid to him by the narcotics organizers. CEPEDA later changed his story and stated that he thought he was only picking up money to smuggle into Mexico.

Maria Hernandez Mauricio was also interviewed and provided multiple contradictory statements compared to CEPEDA's statements. She also changed portions of her story several times.

The minor child was not interviewed by HSI agents or TFOs.